THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, v. DANIEL DOYAL, Petitioner-Appellant.

(No. 59731;

First District (2nd Division)—October 8, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Terrence McQuigg and Matthew J. Beemsterboer, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and James B. Haddad, Assistant State's Attorneys, of counsel), for the People.